

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as next friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado,
Appellant

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The trial court clerk's request for additional time to file the clerk's record is granted. We order the trial court clerk, Margarita A. Esqueda, to file the clerk's record by August 23, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court